UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-51614-CAG |
| | § | Chapter 11 |
| TLC KID'S CENTER, INC. | § | |
| | § | |
| Debtor | § | |

## NOTICE OF THE EFFECTIVE DATE OF
## SMALL BUSINESS DEBTOR'S PLAN DATED 12/23/24

PLEASE TAKE NOTICE that on February 6, 2025, the United States Bankruptcy Court for the Western District of Texas entered an order [Docket No. 75] (the "Confirmation Order") confirming the First Amended TLC Kid's Center, Inc. Small Business Debtor's Plan dated 12/23/24 (the "Plan") in the chapter 11 case of the above-captioned debtor (the "Debtor"). Copies of the Confirmation Order, the Plan, and related documents are available through Debtor's counsel, Paul Steven Hacker, Esq., Hacker Law Firm, 3355 Cherry Ridge St., Suite 214, San Antonio, TX 78230.

PLEASE TAKE FURTHER NOTICE that all conditions precedent to the Effective Date of the Plan as set forth in the Confirmation Order have been satisfied. The Effective Dateof the Plan is February 3, 2025 as set forth in the Confirmation Order.

PLEASE TAKE FURTHER NOTICE that all applications for compensation for services rendered and reimbursement of pre-confirmation expenses incurred by Debtor's counsel from the Petition Date through the Effective Date have been filed.

1/30/2025                                    Respectfully submitted,

                                             HACKER LAW FIRM

                                             By:     /s/ Paul S. Hacker
                                                 Paul S. Hacker
                                                 State Bar No. 00787612
                                                 3355 Cherry Ridge St., Suite 214
                                                 San Antonio, TX 78230
                                                 (210) 595-2045
                                                 (210) 595-2037 [fax]
                                                 ATTORNEY FOR DEBTOR

1

2

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing document has been served upon those parties listed on <u>Exhibit CoS</u> attached hereto which are all parties listed on the Matrix as of 1/30/2026.

*/s/ Paul S. Hacker*
Paul S. Hacker

<u>Exhibit CoS</u>

See attached.

```
Label Matrix for local noticing        TLC Kid's Center, Inc.                 U.S. BANKRUPTCY COURT
0542-5                                  Lloyd and Robbie Dunn                  615 E. HOUSTON STREET, ROOM 597
Case 24-51614-cag                       502 E Ramsey Rd                        SAN ANTONIO, TX 78205-2055
Western District of Texas               San Antonio, TX 78216-4639
San Antonio
Fri Jan 30 13:14:37 CST 2026

Bexar County                            (p)LINEBARGER GOGGAN BLAIR & SAMPSON LLP   Coronado Square Income Partners, L.P.
Vista Verde Plaza                       ATTN DON STECKER                           3345 Bee Caves Rd
233 N Pecos La Trinidad                 112 E PECAN                                W Lake Hills, TX 78746-6772
San Antonio, TX 78207-3175              SUITE 2200
                                        SAN ANTONIO TX 78205-1588

DMKA LLC (Smarter Merchant)             DMKA, LLC dba The Smarter Merchant         Documation
145 7th Ave                             485 Court Ave                              c/o Lease Direct
New York, NY 10001-5050                 Cedarhurst, NY 11516-1535                  Po Box 6980
                                                                                   Wayne, PA 19087-8701

EBF Holdings, LLC (Everest)             EBF Holdings, LLC d/b/a Everest Business Fun   FC Marketplace, LLC
Brandon J. Gibbons                      c/o Michael W. Davis                           c/o Becket and Lee LLP
Padfield & Stout LLP                    DTO Law                                        PO Box 3002
100 Throckmorton Street, Suite 700      915 Wilshire Blvd., Suite 1950                 Malvern PA 19355-0702
Fort Worth, Texas 76102-2837            Los Angeles, CA 90017-3467

Funding Circle USA, Inc.                Hacker Law Firm, PLLC                      (p)HEADWAY CAPITAL
44 Montgomery St                        3355 Cherry Ridge Ste. 214                 175 W JACKSON BLVD SUITE 1000
San Francisco, CA 94104-4602            San Antonio, TX 78230-4818                 CHICAGO IL 60604-2863

INTERNAL REVENUE SERVICE                (p)IOU FINANCIAL INC                       Internal Revenue Service
PO BOX 7346                             600 TOWNPARK LN                            Po Box 932100
Philadelphia, PA 19101-7346             100                                        Louisville, KY 40293-2100
                                        KENNESAW GA 30144-3736

(p)INTUIT FINANCING INC                 JPMorgan Chase Bank, N.A.                  Julia Conn
ATTN C/O SYSTEMS & SERVICES TECHNOLOGIES s/b/m/t Chase Bank USA, N.A.              705 Sarazen Ct.
2315 PICKETT ROAD                       c/o Robertson, Anschutz, Schneid,          Cibolo, TX 78108-4333
ST JOSEPH MO 64503-1600                 Crane & Partners, PLLC
                                        6409 Congress Avenue, Suite 100
                                        Boca Raton, FL 33487-2853

Lloyd Dunn                              Ramsey East, LLC                           Ramsey East, LLC
3438 Condalia Court                     c/o Bill Kingman                           c/o Chad Clark
San Antonio, TX 78258-1632              3511 Broadway St.                          18585 Sigma, #106
                                        San Antonio, TX 78209-6513                 San Antonio, TX 78258-4204

Redstone Advance, Inc.                  Rise Alliance                              Robbie Dunn
1330 Avenue of the Americas Fl 23       f/k/a Polaris Business Advisors            3438 Condalia Court
New York, NY 10019-5443                 22 W 38th St                               San Antonio, TX 78258-1632
                                        New York, NY 10018-6353

Shanna M. Kaminski                      Smart Business                             Smart Business
P.O. Box 247                            20515 Ne 22nd Ave                          c/o Breuer Law, PLLC
Grass Lake, MI 49240-0247               Miami, FL 33180-1301                       6501 Congress Ave., Ste. 240
                                                                                   Boca Raton, FL 33487-2840
```

```
Soledad NFLP, LLC                  Stephen Breuer                    United States Trustee - SA12
c/o Valcor                         Breuer Law, PLLC                  US Trustee's Office
1723 N Loop 1604 E Ste 204         6501 Congress Ave., Ste. 240      615 E Houston, Suite 533
San Antonio, TX 78232-1672         Boca Raton, FL 33487-2840         San Antonio, TX 78205-2055


Woodforest National Bank           Zahav Asset Management LLC        Eric Terry
Po Box 7889                        14 Wall St                        Eric Terry Law, PLLC
Spring, TX 77387-7889              New York, NY 10005-2101           3511 Broadway
                                                                     San Antonio, TX 78209-6513


Paul S. Hacker
Hacker Law Firm
1355 Cherry Ridge, Ste. 214
San Antonio, TX 78230-4818
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Bexar County                       Headway Capital                   IOU Central Inc.
c/o Karalyssa Casillas             175 West Jackson Blvd., Suite 1000 600 Townpark Ln Nw Ste 100
112 E. Pecan Street, Suite 2200    Chicago, IL 60604                 Kennesaw, GA 30144-3736
San Antonio, TX 78205


Intuit Financing Inc.
2700 Coast Ave
Mountain View, CA 94043-1140
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)FC Marketplace, LLC             End of Label Matrix
c/o Becket and Lee LLP             Mailable recipients    36
PO Box 3002                        Bypassed recipients     1
Malvern, PA 19355-0702             Total                  37
```